UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JEROME MILLS, | ) No. CV 12-9473 MWF (FFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| PHILLIP GUTTIERREZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 19, 2013

_____
MICHAEL W. FITZGERALD
United States District Court Judge